No. 89–884. CRAWFORD v. WORKERS' COMPENSATION APPEALS BOARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–885. AIR-SEA FORWARDERS, INC. v. AIR ASIA CO., LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–886. ROBERTS ET AL. v. THOMAS, CHAIRMAN, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 89–896. RED BARON-FRANKLIN PARK, INC., ET AL. v. TAITO CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–897. GRIMES v. LOUISVILLE & NASHVILLE RAILROAD CO. C. A. 7th Cir. Certiorari denied.

No. 89–899. LANTECH, INC. v. KAUFMAN COMPANY OF OHIO, INC. C. A. Fed. Cir. Certiorari denied.

No. 89–900. SUFFOLK COUNTY TREASURER v. BARR, AS TRUSTEE OF PARR MEADOWS RACING ASSN., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–904. FORRESTER v. OHIO. Ct. App. Ohio, Morgan County. Certiorari denied.

No. 89–918. TEXAS v. WEST PUBLISHING CO. C. A. 5th Cir. Certiorari denied.

No. 89–921. CROWN ROLL LEAF, INC. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–924. GOULD ET AL. v. ALLECO, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–945. WEDGE GROUP INC. v. THIRD NATIONAL BANK IN NASHVILLE. C. A. 6th Cir. Certiorari denied.

No. 89–955. DEREWAL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.